UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                   Case No. 20-cv-20599

v.                              Hon. Matthew F. Leitman

JOHN ANGELO, *et al.*,

     Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' JOINT MOTION TO ORDER GOVERNMENT TO COMPLY WITH BRADY, GIGLIO, AGURS, AND RULE 16 OBLIGATIONS (ECF No. 342)

On June 12, 2023, the Court held a hearing on a number of motions that are now pending in this action, including Defendants' Joint Motion to Order Government to Comply with *Brady, Giglio, Agurs,* and Rule 16 Obligations (ECF No. 342). For the reasons explained on the record during that hearing, Defendants' motion (ECF No. 342) is **GRANTED IN PART** and **DENIED IN PART.** The motion is **GRANTED** to the extent that Defendants seek all subject and target letters sent to the potential Government witnesses identified in Defendants' motion, and **DENIED** (as moot[1] and/or on the merits) in all other respects.

_____

[1] As explained on the record and in Defendants' reply brief, some of the requests for production in the motion have become moot in light of the Government's response to the motion.

1

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2023

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on June 16, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126