UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 20-cv-20599

v.                                    Hon. Matthew F. Leitman

D-2 CORY JUSTIN MANN,
D-8 RACHEL DIANE LOCRICCHIO,

    Defendants.

_____/

## ORDER RESOLVING GOVERNMENT'S MOTION IN LIMINE SEEKING AN EXPEDITED HEARING TO ADMIT GOVERNMENT EXPERT WITNESS TESTIMONY (ECF No. 550)

On April 8, 2024, the Court held a hearing on the Government's Motion in Limine Seeking an Expedited Hearing to Admit Government Expert Testimony (ECF No. 550).  For the reasons explained on the record, the motion is resolved as follows:

1.      By not later than **April 22, 2024**, the Government shall serve revised expert disclosures upon Defendants.  The disclosures shall <u>separately</u> identify <u>each and every opinion</u> that the proposed expert intends to offer.  And for each opinion identified, the disclosures shall <u>explain the reasoning</u> underlying the opinion.

2.      By not later than **April 29, 2024**, Defendants shall serve revised expert disclosures upon the Government.  The disclosures shall <u>separately</u> identify <u>each and</u>

1

every opinion that the proposed expert intends to offer.  And for each opinion identified, the disclosures shall explain the reasoning underlying the opinion.

3.     If any party wishes to file a motion challenging the admissibility of the expert testimony that is disclosed pursuant to this order, that party shall file such motion by not later than **May 3, 2024**.

4.     Any response to a motion seeking to exclude expert testimony shall be filed by not later than **May 10, 2024**.

5.     The Court will hold a hearing on any motion to exclude expert testimony on **May 15, 2024**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2