UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                           Case No. 20-cv-20599

v.                          Hon. Matthew F. Leitman

D-2 CORY JUSTIN MANN,
D-8 RACHEL DIANE LOCRICCHIO,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' JOINT MOTION FOR PRODUCTION OF GRAND JURY MATERIALS (ECF No. 560)

On April 8, 2024, the Court held a hearing on Defendants' Joint Motion for Production of Grand Jury Materials. (*See* Mot., ECF No. 560.)  For the reasons explained on the record, the motion is GRANTED.  The Government shall produce the materials to Defendants by the close of business on **April 8, 2024** (which the Government said it could do).  If Defendants wish to file a motion to dismiss the Third Superseding Indictment based upon the produced materials (and others), they shall do so by not later than **April 22, 2024**.  If Defendants file such a motion, the Government shall respond by not later than **May 6, 2024**.

**IT IS SO ORDERED.**

                           s/Matthew F. Leitman
                           MATTHEW F. LEITMAN
                           UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126