UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                        Case No. 20-cr-20599
v.                                    Hon. Matthew F. Leitman

D-2 CORY JUSTIN MANN, and
D-8 RACHEL DIANE LOCRICCHIO,

    Defendants.

_____/

**ORDER GRANTING MOTION TO DISMISS INDICTMENT BY
DEFENDANTS CORY MANN AND RACHEL LOCRICCHIO (ECF #578)
AND TERMINATING REMAINING MOTIONS AS MOOT**

On May 15, 2024, the Court held a hearing on the motion to dismiss the indictment filed by Defendants Cory Mann and Rachel Locricchio.  For the reasons explained in detail on the record, the motion is **GRANTED**.  The Third Superseding Indictment is **DISMISSED** as to the charges therein against Mann and Locricchio. The parties shall file supplemental briefs as directed on the record as to whether the dismissal should be with or without prejudice.   The Court will decide the nature of the dismissal in a future order.

    **IT IS FURTHER ORDERED** that the following motions are terminated as moot:

    ECF #500, MOTION for Order to Enforce Parties' Agreement and Preclude the Government from Admitting Evidence Under Fed. R. Evid. 801(d)(2)(E);

1

ECF #552, MOTION in Limine Regarding Willfulness Evidence for Defendants Cory Mann and Rachel Locricchio for Counts Six to Nine;

ECF #579, MOTION for Bill of Particulars;

ECF #582, MOTION in Limine to Exclude Testimony of Anthony Sereno;

ECF #583, MOTION in Limine to Exclude Count I Evidence;

ECF #584, MOTION to Compel Testimony of Attorneys Peter Arvant and Kenneth Boyer;

ECF #586, MOTION in Limine to Exclude Government Exhibits and Hold Preliminary Hearing;

ECF 589, MOTION to Exclude Opinion Testimony of Revenue Agent Kelly Williams;

ECF #598, MOTION in Limine Regarding Testimony of Richard M. Lipton; and

ECF #601, MOTION in Limine Admit Signed Domestic Public Records Under Seal and Certified Business Records Pursuant to Fed. R. Evid. 902(1), 902(11), and 803(6).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 15, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126